IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTONIO MORGAN, et al, | * |
| Plaintiffs, | * |
| v. | Case No. 7:24-cv-76 (WLS-TQL) |
| | * |
| WARDEN SHROPSHIRE, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of October, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk